## UNITED STATES DISTRICT COURTFOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| INTERNATIONAL GEM & JEWELRY SHOW, INC. | * | |
| Plaintiff, | * | |
| v. | * | **Case No. PJM 09-CV-1185** |
| DEBORAH MCINTOSH-WILLIAMS and WORLD GEM & JEWELRY SHOW, LLC | * | |
| Defendants. | * | |
| _____ | * | |
| DEBORAH MCINTOSH-WILLIAMS and WORLD GEM & JEWELRY SHOW, LLC | * | |
| Counterclaimants, | * | |
| v. | * | |
| INTERNATIONAL GEM & JEWELRY SHOW, INC. | * | |
| Counter-defendant, | * | |
| and | * | |
| TIFFANY DUKE, and ARNOLD DUKE | * | |
| Additional Defendants on Counterclaim. | * | |

_____

## CONSENT LINE - STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO ALL CLAIMS AND COUNTERCLAIMS

Pursuant to Rules 41(a)(1)(A)(ii) and 41(c), Fed. R. Civ. P., Plaintiff and Counterclaim Defendant International Gem & Jewelry Show, Inc. ("InterGem"),

1

Defendants and Counterclaim Plaintiffs Deborah McIntosh-Williams and World Gem and Jewelry Show, LLC (collectively "WorldGem"), and Counterclaim Defendants Arnold Duke and Tiffany Duke, by counsel undersigned, hereby respectfully submit this Consent Line – Stipulation for Dismissal with Prejudice and state as follows:

**1.** InterGem hereby stipulates to the dismissal of all claims asserted in its Complaint and amendments thereto, with prejudice, as to all Defendants.

**2.** WorldGem hereby stipulates to the dismissal of all Counterclaims, with prejudice, as against all of the Counterclaim Defendants: InterGem, Arnold Duke, and Tiffany Duke.

**3.** Each party will bear its own costs and fees.

Respectfully submitted this 5th day of October, 2010.

SMITH, LEASE & GOLDSTEIN, LLC

By: _____/s/_____
Jeffrey D. Goldstein
*(signed by Helen Holden with permission of Jeffrey Goldstein)*
11 North Washington Street, Suite 520
Rockville, Maryland 20850
Phone: (301) 838-8950
Fax:   (301) 838-0322
jgoldstein@slglaw.com
*Counsel for Plaintiff International Gem and Jewelry Show, Inc. And Counterclaim Defendant Arnold Duke*

MILES & STOCKBRIDGE, P.C.

By: _____/s/_____
      Matthew J. Pavlides,
      *(signed by Helen Holden with permission of William Krulak)*
      Federal Bar No.: 07321
      MILES & STOCKBRIDGE P.C.
      11 North Washington Street, Suite 700
      Rockville, Maryland 20850
      Phone: (301) 762-1600
      Fax: (301) 762-0363
      mpavlides@milesstockbridge.com

      William M. Krulak, Jr.
      Federal Bar No.: 26452
      MILES & STOCKBRIDGE, P.C.
      10 Light Street
      Baltimore, Maryland 21202
      Phone: (410) 727-6464
      Fax: (410) 385-3700
      wkrulak@milesstockbridge.com
      *Counsel for International Gem & Jewelry Show, Inc.*

GERSTMAN HOLDEN PLLC

By: _____/s/_____
      Helen R. Holden, admitted *pro hac vice*
      Renee Gerstman, admitted *pro hac vice*
      GERSTMAN HOLDEN, PLLC
      2999 N. 44th Street, Suite 135
      Phoenix, Arizona 85018
      Phone: (602) 200-0112
      Fax: (602)265-9415
      helen@gerstmanholden.com
      renee@gerstmanholden.com
      *Counsel for Defendants/Counterclaim Plaintiffs World Gem and Jewelry Show, LLC and Deborah McIntosh Williams*

SHEPPARD MULLIN RICHTER & HAMPTON, LLP

By: _____/s/_____
Donald Klawiter, admitted *pro hac vice*
*(signed by Helen Holden with permission of Donald Klawiter)*
Jennifer Driscoll-Chippendale, admitted *pro hac vice*
Emily Seymour Costin, Federal Bar No.: 17436
1300 I Street, N.W., 11th Floor East
Washington, DC 20005-3314
Phone: (202) 218-0000
Fax:    (202) 312-9447
dklawiter@sheppardmullin.com
jdriscoll@sheppardmullin.com
ecostin@sheppardmullin.com
*Attorneys for Defendants/Counterclaimants*

JOSEPH, GREENWALD & LAAKE, P.A.

By: _____/s/_____
Timothy Maloney Federal Bar No.: 03381
*(signed by Helen Holden with permission of Veronica Byam Nannis)* Veronica Byam Nannis Federal Bar No.: 15679
6404 Ivy Lane, Suite 400
Greenbelt, MD 20770
Phone: (301) 220-2200
Fax: (301) 220-1214
tmaloney@jgllaw.com
Vnannis@jgllaw.com
*Counsel for Counterclaim Defendant Tiffany Duke*